(January 9, 1987)

█ THE PEOPLE OF THE STATE OF NEW YORK, v DANIEL D. PETERSON, SR., Defendant.—Motion, pursuant to CPL 460.30, for extension of time to take appeal denied *(see, People v Kaczynski,* 119 AD2d 927). Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.